**Electronically Filed
Supreme Court
SCWC-14-0000392
18-MAY-2015
09:43 AM**

SCWC-14-0000392

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

CAROLYN MIZUKAMI, Petitioner/Plaintiff-Appellant,

vs.

DON QUIJOTE (USA) COMPANY, LTD., and
DTRIC INSURANCE COMPANY, LTD., Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000392; CIV. NO. 12-1-3273)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Carolyn Mizukami's application for writ of certiorari filed on April 22, 2015, is hereby rejected.

DATED: Honolulu, Hawaiʻi, May 18, 2015.

| | |
|---|---|
| Carolyn Mizukami<br>petitioner pro se | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Richard B. Miller and<br>Patricia Kehau Wall<br>for respondent DTRIC<br>Insurance Company, Ltd. | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |
| | /s/ Michael D. Wilson |

